P-4000 #42522
Florence Ariz 85232
ARTHUR COTA

us crt
333 const Av NW
Courts wa DC 20001

Vs

CV-HC-5-2291

USA SPM / ALL CRTS
et al.

MOTION FOR RELIEF FROM JUDGMENT & NOTICE FOR PENDENT NEW ACTION

On 11-21-05 dismissed case granted In forma pauperis I bid enter alia relief By A. Cota 11-30-05

This case is an illegal victim of ongoing SUPER EVILS Never heard of As result 12-10-00 2-cops assulted captive. Thus $35,000,000 as damages (see affixed 4Hm-DTRC) is given = grieve 11-28-05 as to ADOC = prison staff 155 ormore assults 6yrs in 06 yrs No crime No admin. Appeal in Highest courts to lowest JUSTICE COURTS. 2 Now give notice of new action F.T.C.A = Fed tort claims act against USA esq. gen. and sol. gen for USA supreme court void rule 20/22 No Countless actions. It is belief that no law library and Lewis v casey 116 sct 2174 Insures Ariz. 96) would be denial of due process anew to deny any relief due to no legal courts in Ariz 6yr and 155 or more assults

Its prayed supply evidentiary hearing on due process to stop no legal needs in Ariz. Other relief mailed to clerk

Nov 30-05 court DC & 2) sol. gen. ...

RECEIVED
DEC 5 - 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PAPER
Reuse this package for its many

TO 04 C
08 17 05

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request**
(Use For Non-Emergency Requests Only)

MEDIA ANYONE

## SECTION I

**IDENTIFICATION**

Inmate Name (Last, First M.I.) UNHUMAN NEW

ADC Number 42522

Date 11-28-05

Cell/Bed Number BARBARIC ILLEGAL

Unit

P.O. Box

Institution/Facility UNHUMAN

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. Use this form to describe one issue only!

## SECTION II

**AREA OF INTEREST** (Check only one block below)

☐ Medical ☐ Dental ☐ Pharmacy ☐ Mental Health ☐ Eyes ☐ EHA ☐ Other (specify)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

HELD CRIME SCEAN CITIZEN
Homocidal Pod-3 COMPOUNDED TO DISTRACT
1024 DEFAULT GVMT
courts its 6yrs in 06 to SANCTION DEFAULT 5 yrs
IN 06 NO 6mth trust copy latest dental hair
Shave ON OFF COLD SACKS NO LEGAL (Lewis v. Casey 116 Sct 2174 INJURYS AZ 96.) NEEDS COURTS USE DUBLE NOTICE TO ADOC PRISON ARIZ GVMTS COURTS LEGAL AGENCIES 155 OR MORE officer assults BY

I understand that, per ARS 31-201.01, I will be charged a $3.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature UNHUM-DSTRC whether

Purposeful or not Gvmt criminals may HAVE SURRENDERED WITH NO WAR FOR USA ARIZ.

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE DROP BOX

## SECTION III

**REFERRAL BY MEDICAL STAFF**

☐ Medical ☐ Dental ☐ Pharmacy ☐ Mental Health ☐ Eyes ☐ EHA ☐ Other (specify)

Comments:

FOR EVEN CUB SCOUTS PLEDGE "ON HONOR TO DUTY TO GUIDE COUNTRY" HAVE HOW FAR WELL MAN FALL

Staff Signature

Date

Time

## SECTION IV

**PLAN OF ACTION**

LATEST ON LEGAL
REPEATEDLY RETURN With drawl slips 2nd shift to 3rd take for our going legal 11-28-05 *smalls
Returned legal mail THREATS OF PAPER TRASH BAGS Homemade envelops

Staff Signature

Date

Time

Distribution: White - Health Unit
Canary, Pink & Goldenrod - Inmate

UNHM-DTRC

1101-10P
7/17/97



Florence AZ 85232
ANOYNOMOUSLY
ANYONE SMUGGLE
TO MEDIA PRESS
5 YRS NO CRIME
FLORENCE
DEC 01'05
AZ
PB METER 7119628
$0.60
U.S. POSTAGE
333 Constitution
NW
Washington DC
20001
RECEIVED
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
SHOCKING
LEGAL MAIL FUTILE
CRIMINAL PRISON
OFFICIALS
NONCRIMINAL
6 YRS NO
APPEAL
JN 06 YR
Legal
5 yrs no admin Appeal 5 yrs no court
at all CIV/CRM Appeal 5 YRS NO CRIME
NO LEGAL SUPER ILLEGAL TREAT

I.M.#42522 ARTHUR COTA P.O. BOX 4000 ARIZ. Florence 85232

TV RADIO NEWS

CRIMINAL-OFFICES

NO Telephone - EN Cummunicado

S.O.S

ABU CHRAIB PRISON

ARIZ USA

BY SUIT AT LAW $35,000,000.00 DAMAGES