UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Arthur Cota, )
 )
      Petitioner, )
 )
v. ) Civil Action No. 05-2291
 )
USA Supreme All Courts. *et al.*, )
 )
      Defendants. )

ORDER

Petitioner moves for reconsideration of the Order of November 28, 2005, dismissing this *habeas corpus* case for lack of jurisdiction. In the alternative, petitioner appears to notice his appeal. The motion presents no grounds for reversal of the dismissal order. Accordingly, it is

ORDERED that petitioner's motion for reconsideration [# 5] is DENIED. It is further

ORDERED that the Clerk shall notice petitioner's appeal of the dismissal order as of the date of this Order.

                                                 /s/ Roberts
                                         United States District Judge

Date: 1-6-06