#A at P.O. 4000 COURT
#42522 Florence UNITED STs
ARTHUR COTA 333 Const——n
Ariz. 85232 NW Wa. DC 20005

Vs.

HC-V-05 2291

USA SPRM/ALL crnsl   en banc MOTION FOR COUNSEL FOR BOTH OR ON MOTION FOR RELIEF FROM
(oral argument prayed) ← JUDGMENT/OR APPEAL

THIS is a request for appointment of counsel for both RLF From Jdgmt &/or appeal 11-28-05 order made 21st by unknown (not inteligable name US Judge.) By A. COTA 12-1-05
I state true lest perjury (In light Lewis V Casey 116 sct 2174 Inquirys Ariz-96)

FACTS: 1. On 12-10-00 2-cops assulted captive 2. On 11-30-05 send to this court M-F, RLF, from Jdgmt and Notice F, new pendant action due to entera dia state (fed) liberty interest by crime scean attempting CNT-II MHm-Hmcs =Homouide by Ariz gvm't staff. 3. In attachment UHM-DTRC) gvnce grieve of BARBARIC ILLEGAL prison evil officials.
4. The to long to list 1550 or more officer Instigated assults on captive Ibid (US-DC-11-5) above said motion 11-30-05. Also copys to Sol gen Wa. DC

Law: Habeas corpus has a long list of various types of Habeas corpus. Due to 5 yrs No admn. gvnc not processed USU no responses by courts thus 5 yrs No appeal 6 yrs in 2006. Counsel prayed to assist due process &/or appeal. Mailed 12-1-05 to above court/2 sol. gen.  3) others  By A. COTA
(CNSL-DC-SPM-2291) -1-

SELF SERVICE CENTER
FEE WAIVER AND/OR DEFERRAL

CHECKLIST

Use the forms and instructions in this packet ONLY if the following factors apply to your situation:

- You believe you can have your court fees and/or costs deferred or postponed, **AND**

- Your case is a domestic relations/family court case, a civil case, a juvenile case, a tax case, or a mental health case, **AND**

- A judge or special commissioner has **not** previously signed an Order deferring or postponing the fees and/or costs that you want the court to now defer or postpone.

> **READ ME:** It is very important for you to know that when you sign a court document, you may be helping or hurting your court case. Before you sign any court document, or get involved with a court case, it is important that you see a lawyer to make sure you are doing the right thing. The Self-Service Center has a list of lawyers who can give you legal advice and can help you on a task-by-task basis for a fee. If you want to know more about our list of lawyers and our list of mediators, ask the Self-Service Center staff.