UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 23 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ARTHUR COTA,

Petitioner,

v.

USA SUPREME ALL COURTS, *et al.*,

Respondents.

Civil Action No. 05-2291

### ORDER

Upon consideration of the petition and the record in this case, the Court concludes that a certificate of appealability is not warranted in this case.

SO ORDERED.

_E. S Huck_
United States District Judge

Date: 2/7/06